UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **INDEPENDENCE FEDERAL SAVINGS BANK,** ) ) ) *Plaintiff*, ) ) **v.** ) ) **FEDERAL INSURANCE COMPANY,** ) ) *Defendant*. ) ) | C.A. No. 1:10-cv-00727-HHK |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff Independence Federal Savings Bank and Defendant Federal Insurance Company, by and through undersigned counsel, hereby file this Stipulation of Dismissal dismissing the above-captioned case with prejudice, with each party to bear its own costs.

Respectfully submitted,

| | |
|---|---|
| COOTER, MANGOLD, DECKELBAUM & KARAS, L.L.P. | HOGAN LOVELLS US, LLP |
| /s/ Dale A. Cooter | /s/ Jonathan Constine |
| Dale A. Cooter, #277454 | Jonathan Constine, #416887 |
| Donna S. Mangold, #358851 | Douglas S. Crosno, #482017 |
| 5301 Wisconsin Avenue, N.W. | 555 Thirteenth Street, N.W. |
| Suite 500 | Washington, D.C. 20004 |
| Washington, D.C. 20015 | (202) 637-5870 |
| (202) 537-0700 | Fax: (202) 637-5910 |
| Fax: (202) 364-3664 | Jonathan.Constine@hoganlovells.com |
| efiling@cootermangold.com | Douglas.Crosno@hoganlovells.com |
| *Counsel for Plaintiff Independence Federal Savings Bank* | *Counsel for Defendant Federal Insurance Company* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of November, 2010, the foregoing STIPULATION OF DISMISSAL WITH PREJUDICE was served via the Court's electronic filing system on:

>Jonathan Constine
>Douglas S. Crosno
>Hogan Lovells US, LLP
>555 Thirteenth Street, N.W.
>Washington, D.C. 20004

>  /s/ Dale A. Cooter
> Dale A. Cooter